

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

# MEMO ENDORSED

*86 Chambers Street*
*New York, New York  10007*

July 27, 2007

**BY HAND**
The Honorable Denny Chin
United States District Judge
United States Courthouse
500 Pearl Street, Suite 1020
New York, New York  10007

RECEIVED
JUL 3 0 2007
JUDGE CHIN'S CHAMBERS

Re: <u>Caracciolo v. United States Merit Systems Protection Board</u>, 07 Civ. 3487 (DC)

Dear Judge Chin:

    This Office represents defendant United States Merit Systems Protection Board in the above-referenced case brought pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.  I write respectfully to request a two-week extension of time, until August 13, 2007, to respond to plaintiff Rose Caracciolo's complaint in this case.

    This Office was served with plaintiff's complaint on or about June 29, 2007.  Accordingly, although the Court's docket reflects an August 28, 2007 due date for defendant's response, because this is an action brought pursuant to FOIA, defendant's response is currently due on or before July 30, 2007.  Plaintiff has had multiple appeals to the board, and the undersigned counsel requires the additional time to review the files relating to these cases in order to prepare a response to the complaint.

    This is defendant's first request for an extension of time to respond to the complaint.  Due to time constraints, the undersigned counsel has not been able to obtain the consent of plaintiff, who is proceeding <u>pro se</u> in this case.

**SO ORDERED**

*[signature: George B. Daniels]*
HON. GEORGE B. DANIELS

PART 1    JUL 3 0

We thank the Court for its consideration of this request.

        Respectfully,

        MICHAEL J. GARCIA
        United States Attorney

By: *[signature]*
        WENDY H. WASZMER
        Assistant United States Attorney
        Telephone: (212) 637-2729
        Facsimile: (212) 637-2717

cc: ROSE CARACCIOLO, pro se (by Federal Express)
    840 Granada Parkway
    Lindenhurst, NY 11757